# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEOFFREY FRIEND,

    Plaintiff,

v.

CLARK COUNTY, *et al.*,

    Defendants.

Case No.: 2:25-cv-01069-APG-NJK

**Order**

[Docket Nos. 5, 6]

Pending before the Court is Plaintiff's motion to extend the time for him to file an application to proceed *in forma pauperis*, Docket No. 5, which is **GRANTED**. Accordingly, Plaintiff's deadline to file his application is extended to September 15, 2025.

Also pending before the Court is Plaintiff's motion for appointment of counsel. Docket No. 6. Plaintiff has not filed an application to proceed *in forma pauperis* nor has his complaint been screened. *See* Docket. As such, Plaintiff's request is premature. Accordingly, Plaintiff's motion for appointment of counsel is **DENIED** without prejudice. Docket No. 6.

IT IS SO ORDERED.

Dated: July 9, 2025

                                          Nancy J. Koppe
                                          United States Magistrate Judge

1