UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Geoffrey Friend,<br>      Plaintiff(s),<br>v.<br>Clark County, et al.,<br>      Defendant(s). | Case No. 2:25-cv-01069-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 10] |

Pending before the Court is Plaintiff's second motion to appoint counsel. Docket No. 10. The Court previously denied Plaintiff's earlier motion for counsel as premature since Plaintiff's complaint had not been screened. Docket No. 7 at 1. That circumstance remains unchanged,[1] and no showing has been made that reconsideration is warranted. *See* Local Rule 59-1(a). Accordingly, the Court **DENIES** Plaintiff's second motion to appoint counsel as premature.

IT IS SO ORDERED.

Dated: January 6, 2026

 _____
 Nancy J. Koppe
 United States Magistrate Judge

---

[1] As the Court has advised, the screening process may take several months. *See, e.g.*, Docket No. 9 at 1 n.1.

1