**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Geoffrey Friend, | Case No. 2:25-cv-01069-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| Clark County, et al., | |
| Defendant(s). | |

On January 12, 2026, the Court screened Plaintiff's complaint, dismissed it, and allowed Plaintiff leave to amend by February 2, 2026. Docket No. 12. Now pending before the Court is Plaintiff's motion to extend the amendment deadline by an extraordinary 120 days. Docket No. 14.[1] The motion is supported by generalized statements about being incarcerated and having limited resources. *See id.* at 1. Based on the showing made, the Court finds good cause has been shown to justify a three-week extension. Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part. The deadline to file an amended complaint is reset for February 23, 2026.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1