# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Geoffrey Friend,

     Plaintiff(s),

v.

Clark County, et al.,

     Defendant(s).

Case No. 2:25-cv-01069-APG-NJK

**ORDER**

On January 12, 2026, the Court screened Plaintiff's complaint, dismissed it, and granted Plaintiff leave to amend by February 2, 2026. Docket No. 12. On January 23, 2026, Plaintiff sought a 120-day extension to that deadline, Docket No. 14, and the Court granted that request in part by extending the deadline to February 23, 2026, Docket No. 15. Plaintiff has now filed another extension request, seeking an additional 90 days to file an amended complaint. Docket No. 16.[1]

As a threshold matter, more than two weeks remain before the expiration of the deadline as currently set, and Plaintiff's assertion that he cannot meet that deadline appears premature. Moreover and significantly, the extension request is predicated on generalized statements of needing more time to gather information. Plaintiff should already be in possession of the pertinent information undergirding his claim, *see* Fed. R. Civ. P. 11(b), so extensive time should not be required to file a rule-compliant complaint. As a final courtesy, the Court will provide another extension of the deadline to amend to March 13, 2026. With this deadline, Plaintiff will have 60 days from the screening order to file an amended complaint, which should be ample time to do so. The Court is not inclined to extend this deadline again.

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

Accordingly, Plaintiff's motion to extend is **GRANTED** in part and **DENIED** in part. The deadline to file an amended complaint is reset for March 13, 2026.

IT IS SO ORDERED.

Dated: February 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2