# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEOFFREY FRIEND,

    Plaintiff

v.

CLARK COUNTY, et al.,

    Defendants

Case No.: 2:25-cv-01069-APG-NJK

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 25]

On June 3, 2026, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Geoffrey Friend failed to update his address as ordered. ECF No. 25. Friend did not object or update his address. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 25) is accepted and plaintiff Geoffrey Friend's amended complaint (ECF No. 18) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 23rd day of June, 2026.

 

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE